UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

RAYMOND R. GUERRERO,

        Plaintiff.

No. C-13-2682 EMC (pr)

**ORDER OF DISMISSAL**

      This action was opened on June 11, 2013, when the Court received from Raymond R. Guerrero a letter about the conditions of confinement at Folsom State Prison. On that date, the Court notified Mr. Guerrero in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint and *in forma pauperis* application within twenty-eight days. Mr. Guerrero did not file a complaint or an *in forma pauperis* application, and the deadline by which to do so has passed. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

      IT IS SO ORDERED.

Dated: December 10, 2013

                                                      EDWARD M. CHEN
                                                      United States District Judge

**United States District Court**
For the Northern District of California